■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JONATHAN M. CHAMBERY, Appellant.—Judgment unanimously modified on the law and as modified affirmed, in accordance with the following memorandum: The court erred in directing defendant to make restitution to the Yates County Sheriff's Department *(see, People v Rowe,* 152 AD2d 907, *affd* 75 NY2d 948). Accordingly, we modify the judgment by vacating that portion of the sentence directing restitution. (Appeal from judgment of Yates County Court, Falvey, J.—criminal possession of controlled substance, third degree.) Present—Callahan, J. P., Denman, Green, Balio and Davis, JJ.

■ PAUL W. LONG et al., Respondents, v POMPEY HILL VOLUNTEER FIRE DEPARTMENT, INC., Appellant, and ROBERT A. ABRAMS, as Attorney-General, Respondent.—Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Mordue, J. (Appeal from order of Supreme Court, Onondaga County, Mordue, J.—recover real property.) Present—Callahan, J. P., Denman, Green, Balio and Davis, JJ. *[See,* 143 Misc 2d 408.]

■ In the Matter of the Estate of KRISTINA L. SEMO, Deceased.—Decree unanimously affirmed without costs for reasons stated in decision at Wayne County Surrogate's Court, Strobridge, S. (Appeal from decree of Wayne County Surrogate's Court, Strobridge, S.—estate administration.) Present—Callahan, J. P., Denman, Green, Balio and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELMER STOKES, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Supreme Court, Onondaga County, Gorman, J.—robbery, second degree.) Present—Doerr, J. P., Boomer, Pine, Balio and Lawton, JJ.